

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: **'08 MJ 8544** |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Claudio PULIDO-Caballero | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about June 16, 2008, within the Southern District of California, Claudio PULIDO-Caballero did knowingly and intentionally import approximately 16.40 kilograms (36.08 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO, BEFORE ME, AND SUBSCRIBED IN MY PRESENCE THIS 17th DAY OF June, 2008.

_____
PETER C. LEWIS
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Claudio PULIDO-Caballero

STATEMENT OF FACTS

This complaint is based upon the personal observations, investigation and information provided to U. S. Immigration and Customs Enforcement Special Agent Douglas Struckmeyer.

On June 16, 2008, Claudio PULIDO-Caballero entered the United States at the Calexico, California, East Port of Entry. PULIDO was the driver and sole occupant of a 2008 Peugot Grand Raid registered in his name.

Customs and Border Protection Officer (CBPO) G. Baltazar conducted a primary inspection of PULIDO and the vehicle. CBPO Baltazar received a negative Customs declaration from PULIDO. PULIDO told CBPO Baltazar he was entering the United States in order to purchase items for resale in Mexico. CBPO Baltazar referred PULIDO and the vehicle to the secondary inspection area for further inspection.

CBPO J. Terriquez encountered PULIDO in the secondary inspection area. CBPO Terriquez received a negative Customs declaration from PULIDO. During the secondary inspection, CBPO Terriquez requested Canine Enforcement Officer (CEO) D. Alba conduct a sweep of the vehicle with his Narcotic Detector Dog (NDD). CEO Alba's NDD alerted to the passenger side rocker panel of the vehicle, indicating the presence of the odor of a controlled substance in that area.

CBPO Terriquez had the vehicle x-rayed. The x-ray revealed anomalies underneath the seats of the vehicle. Further inspection revealed what appeared to be a factory-built compartment under both front seats of the vehicle. Concealed within each

compartment were seven packages. The combined weight of the fourteen packages was approximately 16.40 Kilograms (36.08 pounds). A sample taken from one of the packages field tested positive for cocaine.

Special Agents (S/A) D. Struckmeyer and B. Wood interviewed PULIDO. S/A Struckmeyer provided PULIDO with his constitutional rights per Miranda, with S/A Wood present. PULIDO orally waived his rights, agreeing to make a statement.

PULIDO denied knowledge of the cocaine in his vehicle. PULIDO stated he was hired to smuggle currency from the United States into Mexico and he was on his way into the United States to pick up the currency when he was arrested with the cocaine. PULIDO stated he had owned the vehicle for approximately three months and had no knowledge of the factory-built compartments under the front seats. PULIDO stated he believes the cocaine was loaded into the vehicle at the factory and it has been in the vehicle for as long as he has owned the vehicle.