FILED
JUL 15 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  EF  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR2325-JAH |
|---|---|
| Plaintiff, | ) <u>I N F O R M A T I O N</u> |
| v. | ) Title 21, U.S.C., Secs. 952 and |
| CLAUDIO PULIDO-CABALLERO, | ) 960 - Importation of Cocaine (Felony) |
| Defendant. | ) |

The United States Attorney charges:

On or about June 16, 2008, within the Southern District of California, defendant CLAUDIO PULIDO-CABALLERO, did knowingly and intentionally import 5 kilograms or more, to wit: approximately 16.40 kilograms (36.08 pounds) of Cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: <u>July 15, 2008</u>.

KAREN P. HEWITT
United States Attorney

CHARLOTTE E. KAISER
Assistant U.S. Attorney

CEK:jam:Imperial
7/14/08