AO 455(Rev. 5/85) Waiver of Indictment

FILED
JUL 15 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

## *UNITED STATES DISTRICT COURT*

## *SOUTHERN DISTRICT OF CALIFORNIA*

UNITED STATES OF AMERICA

v.

CLAUDIO PULIDO-CABALLERO

**WAIVER OF INDICTMENT**

CASE NUMBER: 08 CR 2325 JAH

I, CLAUDIO PULIDO-CABALLERO, the above named defendant, who is accused of committing the following offense:

Importation of Cocaine, in violation of Title 21, United States Code, Sections 952 and 960 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on July 15, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Defendant

Robert A. Garcia
Counsel for Defendant

Before ______________
Judicial Officer